# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHELLE M. RAMIREZ,

    Plaintiff(s),

v.

ANDREW SAUL,

    Defendant(s).

Case No.: 2:19-cv-00978-GMN-NJK

**ORDER**

[Docket No. 22]

Pending before the Court is a renewed stipulation to extend the Commissioner's time to file a cross-motion to affirm. Docket No. 22.[1] The Court continues to have serious concerns regarding the staffing and handling of this social security appeal, as identified previously. Docket No. 21. Indeed, it appears once again that this case has been spearheaded until now by a government attorney who is not admitted to practice in this Court and who has inexplicably not sought permission to do so. *See* Docket No. 22; *see also Henderson v. Berryhill*, Case No. 2:19-cv-00028-RFB-NJK, Docket No. 19 at 2 n.3 (D. Nev. Apr. 19, 2019). Moreover, no good reason has been advanced for the Commissioner's inability to meet an already-cushioned deadline other than improper staffing. Nonetheless, it is in the interests of justice to allow this case to be decided on its merits. To that end, and <u>as a one-time courtesy to counsel</u>, the Court will grant the instant stipulation. Counsel and the Commissioner should not expect similar courtesies in the future.

---

[1] The stipulation was erroneously docketed as a "motion." Moving forward, counsel must ensure that he uses the correct docketing event. *See* Local Rule IC 2-2(b).

Accordingly, the stipulation is **GRANTED** and the deadline for the Commissioner to file his cross-motion to affirm is **EXTENDED** to November 14, 2019. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

IT IS SO ORDERED.

Dated: October 22, 2019

_____
Nancy J. Koppe
United States Magistrate Judge